**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARCUS HOPER, SR.,**

**Plaintiff,**

**v.** **Case No: 6:26-cv-01576-PGB-CAB**

**SHERIFF WAYNE IVEY, MAGISTRATE KURT ERLENBACH, MAUREEN SALAMONE, TODD CALHOUN and FRANKIE MAYS,**

**Defendants.**
___________________________________/

# ORDER

This cause comes before the Court on Defendants Magistrate Kurt Erlenbach and Maureen Salamone's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 11) and Defendants Sheriff Wayne Ivey, Todd Calhoun, and Frankie Mays' Motion to Dismiss Amended Complaint (Doc. 12).[1] Both Motions were filed on July 28, 2026, and therefore Plaintiff Marcus Hoper, Sr.'s ("**Plaintiff**") responses to the Motions were due on or before Tuesday, August 18, 2026. *See* Local Rule 3.01(d) (requiring that a party opposing a motion to dismiss file a response within twenty-one (21) days after receiving service of the motion); (Docs. 11, 12).

On August 19, 2026, Plaintiff requested a 30-day extension to respond to the Motions, which Magistrate Judge Chauncey A. Bratt (the "**Magistrate Judge**")

---

1 The Court refers to both filings collectively as the "Motions."

denied without prejudice for failure to comply with the Court's Local Rules. (Docs. 16, 17). Thereafter, on October 6, 2026, the Magistrate Judge entered an Order directing Plaintiff to, on or before October 20, 2026, (1) show cause as to why Plaintiff's claims against Defendants should not be dismissed for failure to prosecute and (2) file responses to the Motions. (Doc. 33 (the "**Order to Show Cause**")).

To date, Plaintiff has neither filed a response to the Order to Show Cause nor filed responses to the Motions. In the absence of any response, the Court finds that the Motions are due to be granted as unopposed. *See* Local Rule 3.01(d) ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants Magistrate Kurt Erlenbach and Maureen Salamone's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 11) is **GRANTED**.
2. Defendants Sheriff Wayne Ivey, Todd Calhoun, and Frankie Mays' Motion to Dismiss Amended Complaint (Doc. 12) is **GRANTED**.
3. The Complaint (Doc. 1-1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 28, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties